# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **FREDDIE BROUSSARD** | * | **CIVIL ACTION NO. 6:18-CV-00701**<br>**SECTION P** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **MARK GARBER ET AL.** | * | **MAG. JUDGE PATRICK J. HANNA** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Freddie Broussard's Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

Monroe, Louisiana, this 3rd day of August, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE